IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| DEVIN PUGH, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:25cv582-MHT |
| | ) | (WO) |
| DEPARTMENT/AGENCY GOV RURAL DEVELOPMENT, | ) ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

Plaintiff, who is incarcerated in a county jail, filed this lawsuit complaining about the quality of a state agency's website and about the difficulty of obtaining funding from the agency as a person with a disability. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order to either pay the filing fee or submit a motion for leave to proceed in forma pauperis. There are no objections to the recommendation. After an independent and de

novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of October, 2025.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE