IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVIN PUGH,                     )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )        2:25cv582-MHT
                                )             (WO)
DEPARTMENT/AGENCY GOV           )
RURAL DEVELOPMENT,              )
                                )
     Defendant.                 )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with an order to either pay the filing fee or submit a motion for leave to proceed in forma pauperis, and/or for failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of October, 2025.

                                                <u>/s/ Myron H. Thompson</u>
                                                UNITED STATES DISTRICT JUDGE